# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**UNITED STATES OF AMERICA**

**V.**                                              **CRIMINAL NO. 2:15-CR-22-KS-MTP**

**FRANK MCAFEE**

### ORDER

Defendant's Motion to Avert a Violation of Court Order [83] and Motion to Deny Authorization to Extract [87] are **denied as moot**. Defendant requests that the Court deny the Government's Motion to Authorize Payment [82] of his fine and special assessment from his inmate trust account, and order the Government to unfreeze the funds in his inmate account. Defendants' motions are moot insofar as the Court has already granted the Government's motion in its order of October 11, 2016. To the extent Defendants' second motion – filed after the Court's order granting the Government's request – constitutes a motion for reconsideration, it is likewise denied.

SO ORDERED AND ADJUDGED this  24th  day of March, 2017.


                                        s/Keith Starrett
                                        UNITED STATES DISTRICT JUDGE